B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Mason Rd Limited Partnership**,
*Debtor*

Case No. **11-33766**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **August 2011**

Line of Business: **Dry Cleaning and Laundry**

Date filed: **09/20/2011**

NAISC Code: **812320**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**Luke Caskey**
Printed Name of Responsible Party

| | Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑* | ☐ |

*see Attachment A

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 54,859.86 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 58,957.67 |
| Cash on Hand at End of Month | $ | 60,037.67 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 60,037.67 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 53,779.86 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 54,859.86 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 53,779.86 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 1,080.00 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL PAYABLES $ | 0.00 |

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | |
|---|---|
| TOTAL RECEIVABLES $ | 0.00 |

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 12 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 12 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 49,500.00 | $ 54,859.86 | $ 5,359.86 |
| EXPENSES | $ 52,415.00 | $ 53,779.86 | $ -1,364.86 |
| CASH PROFIT | $ -2,915.00 | $ 1,080.00 | $ 3,995.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 55,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 65,873.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ -10,873.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Attachment "A".

Do you have any bank accounts open other than the DIP account?

Explanation - In addition to the DIP account there is a money market account holding the funds set aside for property taxes at the request of the court - approx $6,400 at the end of Aug


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 30, 2011 through August 31, 2011

Account Number: **000002980078212**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00051860 DRE 201 144 24411 - NNNNNNNNNNN T 1 000000000 60 0000

MASON ROAD LTD PARTNERSHIP D/B/A
DRY CLEAN SUPER CENTER
DEBTOR IN POSSESSION
1918 CHATHAM TRAILS CT
SUGARLAND TX 77479-5570

## IMPORTANT CHANGES TO YOUR CHASE BUSINESS SELECT HIGH YIELD SAVINGS$^{SM}$ ACCOUNT(S)

Beginning November 21, 2011 we are making the following changes:

- The Savings Withdrawal Limit Fee will be lowered to $5 from $12.
- Any withdrawal or transfer out of your account over 6 within a monthly statement period, including branch and ATM withdrawals, will be charged the Savings Withdrawal Limit Fee. The first 6 withdrawals within a monthly statement period remain free.
- This fee will be waived if you have a balance of $15,000 or more in this account at the time of the withdrawal.

All other terms on your account remain the same. If you have any questions about these changes, please talk to one of our bankers.

## SAVINGS SUMMARY

Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $4,800.13 |
| Deposits and Additions | 2 | 1,600.20 |
| **Ending Balance** | 2 | **$6,400.33** |
| Annual Percentage Yield Earned This Period | | 0.04% |
| Interest Earned This Period | | $0.20 |
| Interest Paid Year-to-Date | | $0.33 |

You could earn an even higher interest rate on your Chase Business Select High Yield Savings account if you link it to a qualifying checking account. Visit any of our branches for details or call us at the telephone number on your statement.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$4,800.13** |
| 08/15 | Online Transfer From  Chk Xxxxx8126 Transaction#: 2125973620 | 1,600.00 | 6,400.13 |
| 08/31 | Interest Payment | 0.20 | 6,400.33 |
| | **Ending Balance** | | **$6,400.33** |

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

Attachment A

Page 1 of 2



July 30, 2011 through August 31, 2011

Account Number: **000002980078212**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:   **Step 1 Balance:** $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

**Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.   **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|

**Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

# Dry Clean Super Center - Cinco
## Profit & Loss
### August 2011

|  | Total |
|---|---|
| **Income** | |
|   Services | 54,859.86 |
|     Sales Tax | -3,268.62 |
|   **Total Services** | **51,591.24** |
|   Refunds-Allowances | -158.70 |
| **Total Income** | **$51,432.54** |
| **Expenses** | |
|   Payroll Expenses | 28,287.56 |
|   Supplies | 7,431.91 |
|   Rent or Lease | 5,600.00 |
|   Utilities | 3,028.17 |
|   Taxes & Licenses | 1,600.00 |
|   Credit Card - Bank Charges | 1,379.78 |
|   Repair & Maintenance | 1,178.22 |
|   Legal & Professional Fees | 975.00 |
|   Insurance | 871.90 |
| **Total Expenses** | **$50,352.54** |
| **Net Operating Income** | **$1,080.00** |
| **Net Income** | **$1,080.00** |

Tuesday, Sep 20, 2011 07:58:07 AM PDT GMT-7 - Cash Basis

*[Handwritten annotation:]* ✱ TOTAL EXPENSES 53,779.86

# Dry Clean Super Center - Cinco
## Profit & Loss Detail
### August 2011

| Date | Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| **Refunds-Allowances** | | | | | | | |
| 08/29/2011 | Check | 4042 | Lihong Qi | | New Cinco Checking | -80.00 | -80.00 |
| 08/12/2011 | Check | 4019 | Edward Goodwin | | New Cinco Checking | -30.00 | -110.00 |
| 08/12/2011 | Check | 4030 | Adele Wallace | | New Cinco Checking | -48.70 | -158.70 |
| **Total for Refunds-Allowances** | | | | | | $ -158.70 | |
| **Services** | | | | | | | |
| 08/31/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 30.45 | 30.45 |
| 08/31/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,523.17 | 1,553.62 |
| 08/30/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 282.94 | 1,836.56 |
| 08/30/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,968.66 | 3,805.22 |
| 08/30/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 44.88 | 3,850.10 |
| 08/29/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 552.41 | 4,402.51 |
| 08/29/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,223.01 | 5,625.52 |
| 08/29/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,894.39 | 7,519.91 |
| 08/29/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 130.13 | 7,650.04 |
| 08/29/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 138.44 | 7,788.48 |
| 08/29/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 329.65 | 8,118.13 |
| 08/29/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 24.16 | 8,142.29 |
| 08/26/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 485.69 | 8,627.98 |
| 08/26/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,343.40 | 9,971.38 |
| 08/25/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,324.35 | 11,295.73 |
| 08/25/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 149.48 | 11,445.21 |
| 08/24/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 371.78 | 11,816.99 |
| 08/24/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 283.16 | 12,100.15 |
| 08/24/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 153.82 | 12,253.97 |
| 08/24/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 132.23 | 12,386.20 |

| Date | Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/24/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 75.82 | 12,462.02 |
| 08/24/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 2,178.49 | 14,640.51 |
| 08/23/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,448.50 | 16,089.01 |
| 08/22/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 378.70 | 16,467.71 |
| 08/22/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 154.78 | 16,622.49 |
| 08/22/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,211.45 | 17,833.94 |
| 08/22/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,480.10 | 19,314.04 |
| 08/19/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,162.81 | 20,476.85 |
| 08/19/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 237.74 | 20,714.59 |
| 08/19/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 253.31 | 20,967.90 |
| 08/18/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 294.99 | 21,262.89 |
| 08/18/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,536.75 | 22,799.64 |
| 08/18/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 329.22 | 23,128.86 |
| 08/17/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 170.83 | 23,299.69 |
| 08/17/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,459.11 | 24,758.80 |
| 08/17/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 353.59 | 25,112.39 |
| 08/16/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,735.42 | 26,847.81 |
| 08/16/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 217.00 | 27,064.81 |
| 08/16/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 264.58 | 27,329.39 |
| 08/15/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 496.64 | 27,826.03 |
| 08/15/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 270.47 | 28,096.50 |
| 08/15/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 243.13 | 28,339.63 |
| 08/15/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,582.36 | 29,921.99 |
| 08/15/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,807.73 | 31,729.72 |
| 08/15/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 205.58 | 31,935.30 |
| 08/15/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 233.24 | 32,168.54 |
| 08/12/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 290.14 | 32,458.68 |
| 08/12/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,050.85 | 33,509.53 |
| 08/11/2011 | Deposit | | BankCard Deposit | | New Cinco | 1,641.82 | 35,151.35 |

| Date | Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 08/11/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 173.09 | 35,324.44 |
| 08/10/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 101.04 | 35,425.48 |
| 08/10/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,611.71 | 37,037.19 |
| 08/10/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 185.84 | 37,223.03 |
| 08/10/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 187.62 | 37,410.65 |
| 08/09/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 184.67 | 37,595.32 |
| 08/09/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,774.55 | 39,369.87 |
| 08/08/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 301.13 | 39,671.00 |
| 08/08/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 424.26 | 40,095.26 |
| 08/08/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 162.10 | 40,257.36 |
| 08/08/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,066.18 | 41,323.54 |
| 08/08/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,721.15 | 43,044.69 |
| 08/05/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,432.22 | 44,476.91 |
| 08/05/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 193.52 | 44,670.43 |
| 08/05/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 231.54 | 44,901.97 |
| 08/04/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 208.28 | 45,110.25 |
| 08/04/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,452.71 | 46,562.96 |
| 08/04/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 45.87 | 46,608.83 |
| 08/03/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 2,157.62 | 48,766.45 |
| 08/03/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 167.77 | 48,934.22 |
| 08/03/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 240.21 | 49,174.43 |
| 08/02/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,615.00 | 50,789.43 |
| 08/02/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 138.07 | 50,927.50 |
| 08/02/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 152.73 | 51,080.23 |
| 08/01/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,801.68 | 52,881.91 |
| 08/01/2011 | Deposit | | BankCard Deposit | | New Cinco Checking | 1,336.81 | 54,218.72 |
| 08/01/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 398.39 | 54,617.11 |
| 08/01/2011 | Deposit | | Cash and Checks | | New Cinco Checking | 134.05 | 54,751.16 |

| Date | Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 08/01/2011 | Deposit | | Amex Deposit | | New Cinco Checking | 108.70 | 54,859.86 |
| **Total for Services** | | | | | | **$54,859.86** | |
| **Sales Tax** | | | | | | | |
| 08/18/2011 | Check | | Texas Comptroller | | New Cinco Checking | -3,268.62 | -3,268.62 |
| **Total for Sales Tax** | | | | | | **$ -3,268.62** | |
| **Total for Services with sub-accounts** | | | | | | **$51,591.24** | |
| **Total for Income** | | | | | | **$51,432.54** | |
| **Expenses** | | | | | | | |
| **Credit Card - Bank Charges** | | | | | | | |
| 08/31/2011 | Check | | Chase Bank | | New Cinco Checking | 2.00 | 2.00 |
| 08/16/2011 | Check | | Lease Finance Group | | New Cinco Checking | 167.10 | 169.10 |
| 08/05/2011 | Check | | Amex Charges | | New Cinco Checking | 168.00 | 337.10 |
| 08/04/2011 | Check | | BankCard Charges | | New Cinco Checking | 1,037.73 | 1,374.83 |
| 08/02/2011 | Check | | Amex Charges | | New Cinco Checking | 4.95 | 1,379.78 |
| **Total for Credit Card - Bank Charges** | | | | | | **$1,379.78** | |
| **Insurance** | | | | | | | |
| 08/31/2011 | Check | | State Farm Insurance | | New Cinco Checking | 46.75 | 46.75 |
| 08/23/2011 | Check | | Nationwide Insurance | | New Cinco Checking | 617.15 | 663.90 |
| 08/17/2011 | Check | 4034 | Caleb Insurance | | New Cinco Checking | 208.00 | 871.90 |
| **Total for Insurance** | | | | | | **$871.90** | |
| **Legal & Professional Fees** | | | | | | | |
| 08/03/2011 | Check | 4012 | US Trustee | | New Cinco Checking | 975.00 | 975.00 |
| **Total for Legal & Professional Fees** | | | | | | **$975.00** | |
| **Payroll Expenses** | | | | | | | |
| 08/24/2011 | Check | | ADP Payroll | | New Cinco Checking | 104.57 | 104.57 |
| 08/24/2011 | Check | 4039 | Jose Gonzalez | | New Cinco Checking | 235.32 | 339.89 |
| 08/22/2011 | Check | 4040 | Aniceta Torres | | New Cinco Checking | 400.00 | 739.89 |
| 08/18/2011 | Check | | ADP Payroll | | New Cinco Checking | 2,510.87 | 3,250.76 |
| 08/18/2011 | Check | | ADP Payroll | | New Cinco Checking | 11,381.04 | 14,631.80 |
| 08/15/2011 | Check | 4032 | Eddie Gonzalez | | New Cinco Checking | 200.00 | 14,831.80 |
| 08/10/2011 | Check | | ADP Payroll | | New Cinco Checking | 104.57 | 14,936.37 |
| 08/04/2011 | Check | | ADP Payroll | | New Cinco Checking | 10,647.03 | 25,583.40 |
| 08/04/2011 | Check | | ADP Payroll | | New Cinco | 2,404.16 | 27,987.56 |

| Date | Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| 08/02/2011 | Check | 4025 | Theodore Savage | | New Cinco Checking | 300.00 | 28,287.56 |
| **Total for Payroll Expenses** | | | | | | **$28,287.56** | |
| *Rent or Lease* | | | | | | | |
| 08/31/2011 | Check | | BLX LLC, Ciena Capital | | New Cinco Checking | 5,600.00 | 5,600.00 |
| **Total for Rent or Lease** | | | | | | **$5,600.00** | |
| *Repair & Maintenance* | | | | | | | |
| 08/17/2011 | Check | 4036 | Nalesnik Landscaping | | New Cinco Checking | 505.88 | 505.88 |
| 08/17/2011 | Check | 4035 | Gulf State Machinery | | New Cinco Checking | 552.34 | 1,058.22 |
| 08/15/2011 | Check | 4026 | Dioniccio Martinez | | New Cinco Checking | 120.00 | 1,178.22 |
| **Total for Repair & Maintenance** | | | | | | **$1,178.22** | |
| *Supplies* | | | | | | | |
| 08/31/2011 | Check | 4041 | Covers Etc. | | New Cinco Checking | 310.73 | 310.73 |
| 08/22/2011 | Check | 4033 | Sign Co | | New Cinco Checking | 129.90 | 440.63 |
| 08/16/2011 | Check | 4038 | Sims City Cleaner | | New Cinco Checking | 95.35 | 535.98 |
| 08/03/2011 | Check | 4024 | Fabric Clean Supply | | New Cinco Checking | 6,645.93 | 7,181.91 |
| 08/01/2011 | Check | 4020 | Conrad Erck | | New Cinco Checking | 250.00 | 7,431.91 |
| **Total for Supplies** | | | | | | **$7,431.91** | |
| *Taxes & Licenses* | | | | | | | |
| 08/15/2011 | Check | | New Cinco Savings Acct | | New Cinco Checking | 1,600.00 | 1,600.00 |
| **Total for Taxes & Licenses** | | | | | | **$1,600.00** | |
| *Utilities* | | | | | | | |
| 08/17/2011 | Check | 4037 | Ambit Energy | | New Cinco Checking | 1,510.69 | 1,510.69 |
| 08/15/2011 | Check | 4029 | Cinco Mud #5 | | New Cinco Checking | 424.50 | 1,935.19 |
| 08/09/2011 | Check | 4028 | Republic Services | | New Cinco Checking | 175.23 | 2,110.42 |
| 08/03/2011 | Check | 4027 | Center Point Energy | | New Cinco Checking | 917.75 | 3,028.17 |
| **Total for Utilities** | | | | | | **$3,028.17** | |
| **Total for Expenses** | | | | | | **$50,352.54** | |
| **Net Income** | | | | | | **$1,080.00** | |

Tuesday, Sep 20, 2011 08:04:03 AM PDT GMT-7 - Cash Basis

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

July 30, 2011 through August 31, 2011

Account Number: **000000856568126**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020490 DRE 201 141 24411 - NNNNNNNNNNN T 1 000000000 62 0000
MASON ROAD LTD PARTNERSHIP D/B/A
DRY CLEAN SUPER CENTER
DEBTOR IN POSSESSION
1918 CHATHAM TRAILS CT
SUGARLAND TX 77479-5570



## CHECKING SUMMARY   Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $58,957.67 |
| Deposits and Additions | 78 | 54,859.86 |
| Checks Paid | 21 | - 14,115.32 |
| Electronic Withdrawals | 14 | - 34,062.54 |
| Fees and Other Withdrawals | 2 | - 5,602.00 |
| **Ending Balance** | 115 | $60,037.67 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Deposit     864609569 | $134.05 |
| 08/01 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,801.68 |
| 08/01 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,336.81 |
| 08/01 | American Express Settlement 1422758011     CCD ID: 1134992250 | 398.39 |
| 08/01 | American Express Settlement 1422758011     CCD ID: 1134992250 | 108.70 |
| 08/02 | Deposit | 152.73 |
| 08/02 | Deposit     864609570 | 138.07 |
| 08/02 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,615.00 |
| 08/03 | Deposit | 240.21 |
| 08/03 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 2,157.62 |
| 08/03 | American Express Settlement 1422758011     CCD ID: 1134992250 | 167.77 |
| 08/04 | Deposit | 45.87 |
| 08/04 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,452.71 |
| 08/04 | American Express Settlement 1422758011     CCD ID: 1134992250 | 208.28 |
| 08/05 | Deposit | 231.54 |
| 08/05 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,432.22 |
| 08/05 | American Express Settlement 1422758011     CCD ID: 1134992250 | 193.52 |
| 08/08 | Deposit | 301.13 |
| 08/08 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,721.15 |
| 08/08 | Bankcard-8138     Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,066.18 |



July 30, 2011 through August 31, 2011

Account Number:   **000000856568126**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:**  $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                                                      **Step 2 Total:**  $_____

3. Add Step 2 Total to Step 1 Balance.                             **Step 3 Total:**  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                                      **Step 4 Total:**  -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:     $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC



July 30, 2011 through August 31, 2011

Account Number: **000000856568126**

## DEPOSITS AND ADDITIONS    (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/08 | American Express Settlement 1422758011   CCD ID: 1134992250 | 424.26 |
| 08/08 | American Express Settlement 1422758011   CCD ID: 1134992250 | 162.10 |
| 08/09 | Deposit | 184.67 |
| 08/09 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,774.55 |
| 08/10 | Deposit   275100384 | 187.62 |
| 08/10 | Deposit   275100383 | 185.84 |
| 08/10 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,611.71 |
| 08/10 | American Express Settlement 1422758011   CCD ID: 1134992250 | 101.04 |
| 08/11 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,641.82 |
| 08/11 | American Express Settlement 1422758011   CCD ID: 1134992250 | 173.09 |
| 08/12 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,050.85 |
| 08/12 | American Express Settlement 1422758011   CCD ID: 1134992250 | 290.14 |
| 08/15 | Deposit | 496.64 |
| 08/15 | Deposit | 233.24 |
| 08/15 | Deposit   275100387 | 205.58 |
| 08/15 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,807.73 |
| 08/15 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,582.36 |
| 08/15 | American Express Settlement 1422758011   CCD ID: 1134992250 | 270.47 |
| 08/15 | American Express Settlement 1422758011   CCD ID: 1134992250 | 243.13 |
| 08/16 | Deposit | 264.58 |
| 08/16 | Deposit | 217.00 |
| 08/16 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,735.42 |
| 08/17 | Deposit   864609571 | 170.83 |
| 08/17 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,459.11 |
| 08/17 | American Express Settlement 1422758011   CCD ID: 1134992250 | 353.59 |
| 08/18 | Deposit   864609572 | 329.22 |
| 08/18 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,536.75 |
| 08/18 | American Express Settlement 1422758011   CCD ID: 1134992250 | 294.99 |
| 08/19 | Deposit | 253.31 |
| 08/19 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,162.81 |
| 08/19 | American Express Settlement 1422758011   CCD ID: 1134992250 | 237.74 |
| 08/22 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,480.10 |
| 08/22 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,211.45 |
| 08/22 | American Express Settlement 1422758011   CCD ID: 1134992250 | 378.70 |
| 08/22 | American Express Settlement 1422758011   CCD ID: 1134992250 | 154.78 |
| 08/23 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,448.50 |
| 08/24 | Deposit   275100389 | 371.78 |
| 08/24 | Deposit | 283.16 |
| 08/24 | Deposit   274405491 | 153.82 |
| 08/24 | Deposit   275100388 | 132.23 |
| 08/24 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 2,178.49 |
| 08/24 | American Express Settlement 1422758011   CCD ID: 1134992250 | 75.82 |
| 08/25 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,324.35 |
| 08/25 | American Express Settlement 1422758011   CCD ID: 1134992250 | 149.48 |
| 08/26 | Bankcard-8138   Mtot Dep   543138280800043 CCD ID: 1570535472 | 1,343.40 |
| 08/26 | American Express Settlement 1422758011   CCD ID: 1134992250 | 485.69 |
| 08/29 | Deposit | 329.65 |



July 30, 2011 through August 31, 2011

Account Number: **000000856568126**

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/29 | Deposit     275100391 | 138.44 |
| 08/29 | Deposit     275100390 | 130.13 |
| 08/29 | Bankcard-8138    Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,894.39 |
| 08/29 | Bankcard-8138    Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,223.01 |
| 08/29 | American Express Settlement 1422758011    CCD ID: 1134992250 | 552.41 |
| 08/29 | American Express Settlement 1422758011    CCD ID: 1134992250 | 24.16 |
| 08/30 | Deposit | 282.94 |
| 08/30 | Deposit     867009916 | 44.88 |
| 08/30 | Bankcard-8138    Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,968.66 |
| 08/31 | Bankcard-8138    Mtot Dep    543138280800043 CCD ID: 1570535472 | 1,523.17 |
| 08/31 | American Express Settlement 1422758011    CCD ID: 1134992250 | 30.45 |

**Total Deposits and Additions**                                                         **$54,859.86**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4012 ^ |  | 08/03 | $975.00 |
| 4019 * ^ |  | 08/12 | 30.00 |
| 4020 ^ |  | 08/01 | 250.00 |
| 4024 * ^ |  | 08/03 | 6,645.93 |
| 4025 ^ | 08/02 | 08/02 | 300.00 |
| 4026 ^ |  | 08/15 | 120.00 |
| 4027 | Check # 4027    Cpenergy Entex   Cpe ACH    Arc ID: 9413994001 | 08/03 | 917.75 |
| 4028 | Check # 4028    Allied Waste Svc Check Pymt    Arc ID: 0480000934 | 08/09 | 175.23 |
| 4029 ^ |  | 08/15 | 424.50 |
| 4030 ^ |  | 08/12 | 48.70 |
| 4032 * ^ | 08/15 | 08/15 | 200.00 |
| 4033 ^ |  | 08/22 | 129.90 |
| 4034 ^ |  | 08/17 | 208.00 |
| 4035 ^ |  | 08/17 | 552.34 |
| 4036 ^ |  | 08/17 | 505.88 |
| 4037 ^ |  | 08/17 | 1,510.69 |
| 4038 ^ |  | 08/16 | 95.35 |
| 4039 ^ |  | 08/24 | 235.32 |
| 4040 ^ |  | 08/22 | 400.00 |
| 4041 ^ |  | 08/31 | 310.73 |
| 4042 ^ |  | 08/29 | 80.00 |

**Total Checks Paid**                                                              **$14,115.32**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



July 30, 2011 through August 31, 2011
Account Number: **000000856568126**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/02 | American Express Collection 1422758011   CCD ID: 1134992250 | $4.95 |
| 08/04 | ADP TX/Fincl Svc ADP - Tax  407512886441lxq CCD ID: 9333006057 | 10,647.03 |
| 08/04 | ADP TX/Fincl Svc ADP - Tax  12lxq 080531A02 CCD ID: 1223006057 | 2,404.16 |
| 08/04 | Bankcard-8138   Mtot Disc 543138280800043 CCD ID: 1570535472 | 1,037.73 |
| 08/05 | American Express Axp Discnt 1422758011    CCD ID: 1134992250 | 168.00 |
| 08/10 | ADP Payroll Fees ADP - Fees 13lxq   9794076 CCD ID: 9659605001 | 104.57 |
| 08/15 | 08/15 Online Transfer To  Mma Xxxxxx8212 Transaction#: 2125973620 | 1,600.00 |
| 08/16 | Lease Finance Gr Lease Pymt 1699571:0815    CCD ID: 1130000137 | 167.10 |
| 08/18 | ADP TX/Fincl Svc ADP - Tax  524033196064lxq CCD ID: 9333006057 | 11,381.04 |
| 08/18 | Webfile Tax     Portal    902Aa0008362753 CCD ID: 2146000311 | 3,268.62 |
| 08/18 | ADP TX/Fincl Svc ADP - Tax  12lxq 081933A02 CCD ID: 1223006057 | 2,510.87 |
| 08/23 | Nationwide      Nwide CO27 42000-877083491 Web ID: 5314177101 | 617.15 |
| 08/24 | ADP Payroll Fees ADP - Fees 13lxq   0309595 CCD ID: 9659605001 | 104.57 |
| 08/31 | State Farm Ro 08 Cpc-Client 25 S 0407432925 Tel ID: 9000313004 | 46.75 |
| **Total Electronic Withdrawals** | | **$34,062.54** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31 | 08/31 Withdrawal | $5,600.00 |
| 08/31 | Currency Ordered | 2.00 |
| **Total Fees & Other Withdrawals** | | **$5,602.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 08/01 | $62,487.30 | 08/17 | 61,595.76 |
| 08/02 | 64,088.15 | 08/18 | 46,596.19 |
| 08/03 | 58,115.07 | 08/19 | 48,250.05 |
| 08/04 | 45,733.01 | 08/22 | 50,945.18 |
| 08/05 | 47,422.29 | 08/23 | 51,776.53 |
| 08/08 | 51,097.11 | 08/24 | 54,631.94 |
| 08/09 | 52,881.10 | 08/25 | 56,105.77 |
| 08/10 | 54,862.74 | 08/26 | 57,934.86 |
| 08/11 | 56,677.65 | 08/29 | 62,147.05 |
| 08/12 | 57,939.94 | 08/30 | 64,443.53 |
| 08/15 | 60,434.59 | 08/31 | 60,037.67 |
| 08/16 | 62,389.14 | | |



July 30, 2011 through August 31, 2011
Account Number: **000000856568126**

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---:|
| Checks Paid / Debits | 35 |
| Deposits / Credits | 78 |
| Deposited Items | 73 |
| **Transaction Total** | **186** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---:|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

| CASH PROCESSING | AMOUNT |
|---|---:|
| Cash Deposits Immediate Verification | $3,311.00 |
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$3,311.00** |
| Cash Deposits Allowed | $7,500.00 |
| **Excess Cash Deposits** | **$0.00** |
| Currency Straps Ordered (4 At $0.50/Strap) | $2.00 |
| **Total Cash Deposit And Change Order Fees** | **$2.00** |